IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALBIR PALLIAN, JASVINDER PALLIAN AND KULDIP PALLIAN,<br><br>Plaintiffs,<br><br>-vs-<br><br>METLIFE BANK, NATIONAL ASSOCIATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND "JOHN DOE" 1-5 and, "JANE DOE" 1-5 the last ten names being fictitious, said parties intended being undisclosed, unnamed and unknown investors, participants, corporate or other entities, conduits, trustees, servicers, custodians and others, if any, having or claiming an interest in, or lien upon the premises described in the complaint,<br><br>Defendants.<br><br>METLIFE HOME LOANS, a division of METLIFE BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Third Party Plaintiffs,<br><br>-vs-<br><br>STEWART TITLE INSURANCE COMPANY,<br><br>Third Party Defendant. | Civil Action No. 12-cv-04639-BMC<br><br>**STIPULATION OF DISMISSAL AS TO PLAINTIFFS' CLAIMS AGAINST METLIFE HOME LOANS, A DIVISION OF METLIFE BANK, NATIONAL ASSOCIATION, FEDERAL HOME LOAN MORTGAGE CORPORATION AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND PROPOSED ORDER** |

**IT IS HEREBY STIPULATED** by and between the Law Offices of Brian McCaffrey (Brian McCaffrey, appearing) on behalf of Plaintiffs Balbir Pallian, Jasvinder Pallian and Kuldip Pallian ("Plaintiffs") and Duane Morris LLP (Brett L. Messinger, appearing) on behalf of

Defendants MetLife Home Loans, a division of MetLife Bank, N.A. (improperly pleaded as MetLife Bank, National Association), Federal Home Loan Mortgage Corporation and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants"), that Plaintiffs' First Amended Complaint, and each of the Causes of Action within the First Amended Complaint, are hereby dismissed.[1]  It is further agreed that the counterclaims and third party claims made by Defendants shall proceed and are not dismissed.

| | |
|---|---|
| **DUANE MORRIS LLP** | **LAW OFFICES OF BRIAN MCCAFFREY** |
| /s/ *Brett L. Messinger* | /s/ *Brian McCaffrey* |
| Brett L. Messinger | Brian McCaffrey |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |
| MetLife Home Loans, a division of MetLife Bank, N.A., Federal Home Loan Mortgage Corporation and Mortgage Electronic Registration Systems, Inc. | Balbir Pallian, Jasvinder Pallian and Kuldip Pallian |

## ORDER

It appearing the parties have agreed pursuant that the First Amended Complaint of Plaintiffs Balbir Pallian, Jasvinder Pallian and Kuldip Pallian ("Plaintiffs") shall be dismissed, it is **HEREBY ORDERED** that Plaintiffs' First Amended Complaint is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that this case shall remain open, and the counterclaims and third party claims shall not be dismissed and shall continue as against Plaintiffs and Stewart Title Insurance Company.

---

[1] Defendants' Motion For Summary Judgment is due on April 5, 2013, and will be filed in regard to all claims, subject to the Court entry of this Order dismissing Plaintiffs' direct claims against Defendants.

3

IT IS SO ORDERED: 4/5/13

Digitally signed by Brian M. Cogan

---

Brian M. Cogan, United States District Judge